# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVSION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case: 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

CURTIS KEMP,

Civil Action No. 1:19-cv-01077-RLY-TAB

       Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

       Defendants.

_____

## **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, the undersigned counsel on behalf of Plaintiff, Curtis Kemp, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:19-cv-01077-RLY-TAB.

Date: September 06, 2024

Respectfully Submitted,

**THE MOODY LAW FIRM**
By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 06, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.